UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WISCONSIN
CASE NO. 19-CV-387

JENNIFER RENO,
          Plaintiff,

v.                                                                              Notice of Appeal

ALLSTATE PROPERTY AND
CASUALTY INSURANCE
COMPANY,
          Defendant.

      Notice is hereby given that Jennifer Reno, plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Western District of Wisconsin from the final opinion and order entered in this action on the 29th day of September, 2020.

                                    MAYER, GRAFF & WALLACE LLP

                                    /s/ John F. Mayer
                                    John F. Mayer
                                    State Bar No. 1017384
                                    Attorneys for Plaintiff Jennifer Reno
                                    1425 Memorial Drive, Suite B
                                    Manitowoc, WI 54220
                                    (920) 683-5800 Telephone
                                    1-800-465-1031 Facsimile
                                    jmayer@mgwlawwi.com